IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -2  AM 9: 59

CLERK _____
SO. DIST. OF GA.

MARILYN BLOCH,                      )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CASE NO. CV408-254
                                    )
SOUTH UNIVERSITY,                   )
                                    )
        Defendant.                  )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 2ᴺᴰ day of April, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA